IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01577-BNB

NANCY MARKS,
    Plaintiff,
v.

COLORADO DEPARTMENT OF CORRECTIONS,
JEFFERSON COUNTY CORRECTIONS BOARD,
INTERVENTION COMMUNITY CORRECTIONS SERVICES,
SUSAN KELLER, Community Parole Officer, Colorado Department of Corrections, In
    her Individual and Official Capacities,
KRISTIN HEALTH, Program Director, Intervention Community Corrections Services, In
    her Individual and Official Capacities, and
RICK RAEMISCH, Executive Director Colorado Department of Corrections, In his
    Individual and Official Capacities,
    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED June 6, 2014, at Denver, Colorado.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge