**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2014-cv-01577-RPM

NANCY MARKS,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JEFFERSON COUNTY CORRECTIONS BOARD,
INTERVENTION COMMUNITY CORRECTIONS SERVICES,
SUSAN KELLER, Community Parole Officer, Colorado Department of Correction, in her individual and official capacities;
KRISTIN HEATH, Program Director, Intervention Community Corrections Services, in her individual and official capacities;
RICK RAEMISCH, Executive Director Colorado Department of Corrections, in his individual and official capacities,

      Defendants.

_____

**PLAINTIFF'S SECOND <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO
RESPOND TO CDOC DEFENDANTS' MOTION TO DISMISS**
_____

      Plaintiff, Nancy Marks, by and through her attorneys David A. Lane and Nicole B. Godfrey of KILLMER, LANE & NEWMAN, LLP, hereby files her Second <u>Unopposed</u> Motion for Extension of Time to Respond to CDOC Defendants' Motion to Dismiss, and in support thereof states as follows:

      1.     Plaintiff initiated this action by filing her Complaint and Jury Demand on June 4, 2014. *See* Doc. 1.

      2.     Defendants Intervention Community Corrections Services ("ICCS") and Kristin Heath filed an Answer and Partial Motion to Dismiss on August 11,

2014. *See* Doc. 13 and 14.

3.    On September 15, 2014, Defendants Colorado Department of Corrections (CDOC), Susan Keller, and Rick Raemisch (the "CDOC Defendants") filed a motion to dismiss Plaintiff's Complaint and Jury Demand [Doc. 19]. In their motion, the CDOC Defendants raised issues relating to the change in Plaintiff's custody conditions since the filing of her Complaint and Jury Demand in June.

4.    Defendant Jefferson County Corrections Board has not responded to Plaintiff's Complaint and Jury Demand, nor has it sought an extension of time in which to respond from this Court.  Defendant Jefferson County Corrections Board was served on June 25, 2014. *See* Doc. 10.

5.    Plaintiff has previously sought, and this Court has granted, three extensions of the deadline on which to respond to Defendant ICCS' Partial Motion to Dismiss. *See* Doc. 17, Doc. 18, Doc. 20, and Doc. 21. Plaintiff's response is currently due today, October 27, 2014, and will be filed concurrently with this motion.

6.    Plaintiff has previously sought, and this Court has granted, one extension of the deadline on which to respond to the CDOC Defendants Motion to Dismiss. *See* Doc. 22. Plaintiff's current deadline to respond to the CDOC Defendants Motion to Dismiss is October 27, 2014.

7.    Plaintiff seeks a brief, 7-day extension, up to and including November 3,

2014, in which to respond to the CDOC Defendants Motion to Dismiss.
Plaintiff can show good cause for her request.

8.      Since the filing of the CDOC Defendants Motion to Dismiss, counsel for
Plaintiff has been investigating how, if at all, Plaintiff's change in custody
conditions affects her claims for relief against each of the named Defendants.
Late last week, CDOC again changed Plaintiff's custody status and,
consequently, her custody conditions. Plaintiff still anticipates that she may
move to amend her Complaint and Jury Demand to account for the change in
factual circumstances since the filing of her original complaint and to more
clearly articulate the bases for her requested relief.

9.      However, for the reasons outlined below, Plaintiff's counsel needs more
time to fully investigate the change in factual circumstances and how it may
change her request for relief, particularly given the most recent change in
custody status and conditions, which Plaintiff's counsel understands occurred
last Thursday, October 23, 2014, just four days ago.

10.     Undersigned counsel for Plaintiff has been in numerous depositions for
*Branson v. City of Commerce City, et al.*, 13-cv-03090-REB-BNB throughout
last week and has therefore not had the time to fully ascertain the factual
circumstances surround the most recent change to Plaintiff's custody status
and conditions.

11.     In light of the foregoing, Plaintiff requests an additional seven days to the

CDOC Defendants Motion to Dismiss up to and including, November 3, 2014.

12.     The relief requested in this Motion will not prejudice the Court, the parties, or cause any other deadlines to be moved in this case, and Plaintiff makes this request in good faith.

### CERTIFICATION PURSUANT TO D.C. COLO. LCivR. 7.1

Counsel for Plaintiff, Nicole B. Godfrey, certifies that she conferred with counsel for Defendants, Tom Stocker and Kristin Lockwood, via email and telephone. Defendants do not oppose the relief sought herein.

WHEREFORE Plaintiffs requests a seven day extension, up to and including, November 3, 2014, to respond to Defendant CDOC's Motion to Dismiss.


Respectfully submitted this 27th day of October, 2014.

KILLMER, LANE & NEWMAN, LLP

__*s/ Nicole B. Godfrey*_____
David A. Lane
Nicole Godfrey
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dlane@kln-law.com
ngodfrey@kln-law.com

*Attorneys for Plaintiff*