IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01577-RPM

NANCY MARKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JEFFERSON COUNTY CORRECTIONS BOARD,
INTERVENTION COMMUNITY CORRECTIONS SERVICES,
SUSAN KELLER, Community Parole Officer, Colorado Department of Corrections, In
  her Individual and Official Capacities,
KRISTIN HEALTH, Program Director, Intervention Community Corrections Services, In
  her Individual and Official Capacities, and
RICK RAEMISCH, Executive Director Colorado Department of Corrections, In his
  Individual and Official Capacities,

    Defendants.

---

ORDER FOR COMPLIANCE WITH FED.R.CIV. P. 7.1 BY
DEFENDANT INTERVENTION COMMUNITY CORRECTIONS SERVICES

---

    Fed.R.Civ.P 7.1(a) requires that a "nongovernmental corporate party" must file a disclosure statement that "(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation." A party subject to that requirement must file its disclosure statement "with its first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed.R.Civ.P. 7.1 (b). On August 11, 2014, Defendant Intervention Community Corrections Services (ICCS) filed a partial answer to the complaint and moved pursuant to Fed.R.Civ.P. 12(b)(6) for dismissal of the third

-1-

claim for relief.  Paragraph 14 of ICCS's Answer states that it is "a unit of Intervention, a Colorado nonprofit corporation."  To date, no disclosure statement has been filed by Defendant ICCS.  Accordingly, it is

ORDERED that on or before November 14, 2014,  Defendant Intervention Community Corrections Services must file its Disclosure Statement or state why it is not subject to Fed.R.Civ.P. 7.1.

Date:  November 6, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge