IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01577-RPM

NANCY MARKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JEFFERSON COUNTY CORRECTIONS BOARD,
INTERVENTION COMMUNITY CORRECTIONS SERVICES,
SUSAN KELLER, Community Parole Officer, Colorado Department of Corrections,
In her Individual and Official Capacities,
KRISTIN HEALTH, Program Director, Intervention Community Corrections Services,
In her Individual and Official Capacities, and
RICK RAEMISCH, Executive Director Colorado Department of Corrections,
In his Individual and Official Capacities,

    Defendants.

---

### ORDER GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT
---

Upon consideration of the plaintiff's Motion for Leave to File First Amended Complaint and Jury Demand filed January 5, 2015, [Doc. 36] it is

ORDERED that the motion is granted and the plaintiff will file a First Amended Complaint and Jury Demand without the strikes and redline in the version attached as Doc. 36-1.

DATED: January 7th, 2015

                                        BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge