IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01577-RPM

NANCY MARKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
JEFFERSON COUNTY BOARD OF COMMISSIONERS;
INTERVENTION, INC.;
SUSAN KELLER, Community Parole Officer, Colorado Department of Correction,
 in her official capacity;
KRISTIN HEATH, Program Director, Intervention Community Corrections Services,
 in her official capacity; and
RICK RAEMISCH, Executive Director Colorado Department of Corrections,
 in his official capacity,

    Defendants.
_____

ORDER FOR HEARING
_____

    This Court having now dismissed the third claim for relief against Intervention, Inc., and having also dismissed the individual claims against Susan Keller, Kristin Heath, and Rick Raemisch, and although the newly named defendant Jefferson County Board of Commissioners has not yet appeared in this civil action, a hearing now on the CDOC defendants' motions to dismiss may facilitate this matter, it is

    ORDERED that after consultation with counsel a hearing will be set on the CDOC defendants' motion to dismiss. [Doc. 19].

    DATED:  January 8th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge