IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01577-RPM

NANCY MARKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
JEFFERSON COUNTY BOARD OF COMMISSIONERS;
INTERVENTION, INC.;
SUSAN KELLER, Community Parole Officer, Colorado Department of Correction,
 in her individual and official capacities;
KRISTIN HEATH, Program Director, Intervention Community Corrections Services,
 in her individual and official capacities; and
RICK RAEMISCH, Executive Director Colorado Department of Corrections,
 in his individual and official capacities,

    Defendants.
_____

ORDER GRANTING MOTION FOR RECONSIDERATION
_____

    Upon consideration of the Motion for Reconsideration of Order Dismissing Individual Claims Against Defendant Kristin Heath [43], it is

    ORDERED that the motion is granted.

    DATED:   January 22nd, 2015

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge