**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                January 22, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

| Civil Action No. 14-cv-01577-RPM | Counsel: |
|---|---|
| NANCY MARKS, | David Lane |
| Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF CORRECTIONS, | Kristin Lockwood |
| JEFFERSON COUNTY CORRECTIONS BOARD, | |
| SUSAN KELLER, in her official capacity as Community Parole Officer, Colorado Department of Corrections, | |
| KRISTIN HEATH, in her official capacity as Program Director, Intervention Community Corrections Services, | Thomas Stocker |
| RICK RAEMISCH, in his official capacity as Executive Director Colorado Department of Corrections, | |
| INTERVENTION COMMUNITY CORRECTIONS SERVICES, | |
| INTERVENTION, INC., and | |
| JEFFERSON COUNTY BOARD OF COMMISSIONERS, | |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**2:55 p.m.      Court in session.**

Before the Court today is CDOC Defendants' Motion to Dismiss (Doc. No. 19).

Discussion regarding named parties and not waiting for the County to appear before holding this hearing, Plaintiff's Motion for Reconsideration of Order Dismissing Individual Claims Against Defendant Kristin Heath, Ms. Marks's status today and her physical condition, Plaintiff's claim against the State Defendants and relief requested, the parole officer not ensuring that a hearing was held by the County, which attorney will represent the County, and the scope of the ADA and Rehab Act as it applies to a private contractor who is not officially a governmental entity.

Counsel answer questions of the Court.

**ORDERED:**   Mr. Lane's Oral Motion to Reconsider Ms. Godfrey's Confession on the Declaratory Relief Section of this Case is **GRANTED**.

**ORDERED:**   CDOC Defendants' Motion to Dismiss (Doc. No. 19) is **DENIED**.

**ORDERED:**   Mr. Stocker and Ms. Lockwood shall file answers to the first amended complaint on or before **February 5, 2015**.

**ORDERED:**   Plaintiff's Motion for Reconsideration of Order Dismissing Individual Claims Against Defendant Kristin Heath (Doc. No. 43) is **GRANTED**.  A written order is forthcoming.

**3:21 p.m.**   **Court in recess.**

Hearing concluded.  Total time:   26 min.