IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01577-RPM

NANCY MARKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
JEFFERSON COUNTY BOARD OF COMMISSIONERS;
INTERVENTION, INC.;
SUSAN KELLER, Community Parole Officer, Colorado Department of Correction,
 in her official capacity;
KRISTIN HEATH, Program Director, Intervention Community Corrections Services,
 in her official capacity; and
RICK RAEMISCH, Executive Director Colorado Department of Corrections,
 in his official capacity,

    Defendants.
_____

## ORDER FOR STATUS CONFERENCE
_____

A scheduling conference was held in this case on April 20, 2015. At that time, this Court expressed frustration concerning the lack of clarity in the legal structure of the community-based correctional program. This case concerns a person with physical disability whose participation in that program was abruptly terminated resulting in her immediate return to prison without any hearing. The Court's inquiries concerning the lines of authority and the statutory requirement for a hearing before revocation were not answered by counsel then present. The Court ended the hearing without the entry of a scheduling order because these questions were not answered and this Court observed that it should be the responsibility of the Attorney General to provide a structural outline of the authority given to each of the defendants to determine the conditions and

requirements for the community corrections provider and who is responsible for what protections are required to be given to a prisoner before revocation of her participation in the program. The order was that counsel shall meet and confer and outline these requirements and the issues to be addressed in this case.

Since that conference, Nicole Godfrey and Kristin A. Lockwood have withdrawn their appearances in this case and nothing else has been filed. To enable the Court to move forward with this matter, it is necessary to convene a status conference with the expectation that before the conference is convened counsel will have conducted whatever research is necessary and be prepared to advise the Court as to the matters discussed at the previous conference. It is

ORDERED that a status conference will be convened at a time to be scheduled with counsel.

DATED: June 19th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge