IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01577-RPM

NANCY MARKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
JEFFERSON COUNTY BOARD OF COMMISSIONERS;
INTERVENTION, INC.;
SUSAN KELLER, Community Parole Officer, Colorado Department of Correction,
 in her official capacity;
KRISTIN HEATH, Program Director, Intervention Community Corrections Services,
 in her official capacity; and
RICK RAEMISCH, Executive Director Colorado Department of Corrections,
 in his official capacity,

    Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
  Secretary


    Pursuant to the Order for Status Conference [Doc. 67], a status conference is set for **July 24, 2015, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.



DATED: June 25, 2015