IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01577-RPM

NANCY MARKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
JEFFERSON COUNTY BOARD OF COMMISSIONERS;
INTERVENTION, INC.;
SUSAN KELLER, Community Parole Officer, Colorado Department of Correction,
 in her official capacity;
KRISTIN HEATH, Program Director, Intervention Community Corrections Services,
 in her official capacity; and
RICK RAEMISCH, Executive Director Colorado Department of Corrections,
 in his official capacity,

    Defendants.
_____

## ORDER FOR STATUS REPORT
_____

    At the hearing held on July 24, 2015, the Court ordered Plaintiff to amend the complaint. Nothing further has been filed and it is now

    ORDERED that counsel shall file a status report on or before March 2, 2016.

   DATED: February 24th, 2016

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior District Judge